IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HARRISON SCOTT,

    Petitioner,                    No. CIV S-10-1107 MCE GGH P

    vs.

J. WALKER, Warden,

    Respondent.                ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, is proceeding with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

        The court's June 15, 2010, order noted that petitioner had failed to identify the proper respondent in this case and ordered petitioner to file a document substituting his present warden as the respondent in this case. On July 8, 2010, petitioner filed a motion to amend to substitute J. Walker, Warden as respondent in this case. Petitioner's motion to amend is granted.

        In accordance with the above, IT IS HEREBY ORDERED that petitioner's July 8, 2010, motion to amend is granted and the Clerk of the Court shall substitute J. Walker, Warden, as respondent in this case.

DATED: July 26, 2010                    /s/ Gregory G. Hollows

                                          UNITED STATES MAGISTRATE JUDGE

GGH:AB
scot1107.ord

1